**Opinion issued June 11, 2015**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-15-00496-CV

———————————

## IN RE DARYL BARNES AND DEMEATRICE GOFF, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Relators Daryl Barnes and Demeatrice Goff seek mandamus relief compelling the trial court to rule on a motion for rehearing. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

---

[1] The underlying case is *Daryl Barnes and Demeatrice Goff v. Kevin Fulton and National Housing Development Corp.*, Cause No. 2012-34954, in the 129th Judicial District Court of Harris County, the Honorable Michael Gomez, presiding.

## PER CURIAM

Panel consists of Justices Jennings, Bland and Brown.